B1 (Official Form 1)(1/08)

<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court</strong><br>Eastern District of Virginia</td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Musifex Inc. d/b/a MVI Post** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-1932380** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6320 Castle Place**<br>**Falls Church, VA**<br>ZIP Code **22044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Musifex Inc. d/b/a MVI Post** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|         _____<br>        (Name of landlord that obtained judgment) |
|         _____<br>        (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Musifex Inc. d/b/a MVI Post**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Kevin M. O'Donnell VSB**
Signature of Attorney for Debtor(s)

**Kevin M. O'Donnell VSB #30086**
Printed Name of Attorney for Debtor(s)

**Henry & O'Donnell, PC**
Firm Name

**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
Address

              **Email: kmo@henrylaw.com**
**(703)548-2100  Fax: (703)548-2105**
Telephone Number

**August 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Craig Maniglia**
Signature of Authorized Individual

**Craig Maniglia**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**August 27, 2009**
Date

Musifex, Inc. d/b/a MVI Post
Income Statement
For the Nine Months Ending July 31, 2009

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| **Revenues** | | | | |
| Pre-Payments | (1,200.00) | (0.80) | (81,801.36) | (5.67) |
| HD Smoke | 550.00 | 0.37 | 48,666.86 | 3.37 |
| SD Smoke | 0.00 | 0.00 | 9,236.00 | 0.64 |
| Avid Online | 927.00 | 0.62 | 36,261.25 | 2.51 |
| Avid Offline | 0.00 | 0.00 | 59,285.00 | 4.11 |
| Photoshop | 150.00 | 0.10 | 3,432.50 | 0.24 |
| Email/FTP Media | 125.00 | 0.08 | 1,725.00 | 0.12 |
| DVD Duplication | 894.00 | 0.60 | 28,708.90 | 1.99 |
| DVD Authoring | 820.00 | 0.55 | 19,267.03 | 1.34 |
| Screen Grab | 0.00 | 0.00 | 45.00 | 0.00 |
| HD QC | 1,427.35 | 0.96 | 25,158.60 | 1.74 |
| SD QC | 866.48 | 0.58 | 3,436.48 | 0.24 |
| HDSR Duplication | 1,200.00 | 0.80 | 9,385.23 | 0.65 |
| Transcription Services | 220.00 | 0.15 | 4,047.50 | 0.28 |
| Music/SFX Selection Time | 4,745.23 | 3.18 | 6,236.23 | 0.43 |
| HD Color Correction | 0.00 | 0.00 | 76,881.46 | 5.33 |
| SD Color Correction | 0.00 | 0.00 | 5,758.80 | 0.40 |
| SD DS | 0.00 | 0.00 | 6,943.07 | 0.48 |
| HD DS | 0.00 | 0.00 | 4,271.25 | 0.30 |
| Narration | 217.50 | 0.15 | 18,165.67 | 1.26 |
| SD Captioning | 960.00 | 0.64 | 22,275.00 | 1.54 |
| ISDN Charges | 92.50 | 0.06 | 10,287.60 | 0.71 |
| HD Captioning | 15,872.50 | 10.64 | 192,529.40 | 13.35 |
| Equipment Rental | 13,140.50 | 8.81 | 38,832.12 | 2.69 |
| DG Services | 0.00 | 0.00 | 1,450.00 | 0.10 |
| DG Upload | 0.00 | 0.00 | 150.00 | 0.01 |
| FCP HD Online | 225.00 | 0.15 | 2,640.00 | 0.18 |
| FCP SD Online | 0.00 | 0.00 | 3,988.75 | 0.28 |
| FCP HD Drive Transfer | 2,202.50 | 1.48 | 15,010.00 | 1.04 |
| FCP SD Drive Transfer | 185.00 | 0.12 | 4,488.80 | 0.31 |
| Media/Stock | 790.00 | 0.53 | 13,733.50 | 0.95 |
| Stereo Audio | 27,684.61 | 18.56 | 184,215.51 | 12.77 |
| Surround Audio | 2,011.33 | 1.35 | 173,778.36 | 12.05 |
| Symphony Nitris HD | 12,727.50 | 8.53 | 118,123.18 | 8.19 |
| Symphony Nitris SD | 360.00 | 0.24 | 635.00 | 0.04 |
| Phone Patch | 0.00 | 0.00 | 62.50 | 0.00 |
| A/V File Transfer | 0.00 | 0.00 | 43.10 | 0.00 |
| World Standards Conversion | 500.00 | 0.34 | 8,385.00 | 0.58 |
| HD Conversion | 2,412.50 | 1.62 | 26,293.75 | 1.82 |
| Dolby E Decoder | 250.00 | 0.17 | 1,250.00 | 0.09 |
| Insert Stage Rental | 0.00 | 0.00 | 4,547.80 | 0.32 |
| HD Shoot - Full Day 3 Man Crew | 0.00 | 0.00 | 30,312.50 | 2.10 |
| HD Shoot - Full Day 2 Man Crew | 13,250.00 | 8.89 | 32,176.36 | 2.23 |
| Labor - Freelance | 24,763.50 | 16.61 | 48,763.11 | 3.38 |
| Reimbursed Expenses | 2,713.00 | 1.82 | 54,553.31 | 3.78 |
| Music Royalties | 0.00 | 0.00 | 10,885.00 | 0.75 |
| Mini DV Duplication | 0.00 | 0.00 | 570.00 | 0.04 |
| BetaSP Duplication | 1,117.50 | 0.75 | 3,930.50 | 0.27 |
| DA 88 Duplication | 0.00 | 0.00 | 5,775.00 | 0.40 |
| DVCam Duplication | 0.00 | 0.00 | 820.00 | 0.06 |
| DBeta Duplication | 417.40 | 0.28 | 12,490.35 | 0.87 |
| VHS Duplication | 56.00 | 0.04 | 145.00 | 0.01 |
| HDCam Duplication | 3,155.00 | 2.12 | 60,086.10 | 4.17 |
| Video Compression | 465.00 | 0.31 | 7,081.25 | 0.49 |
| Talent Payments | 0.00 | 0.00 | 4,641.58 | 0.32 |
| Production Services | 2,848.12 | 1.91 | 11,052.46 | 0.77 |
| Salaried Labor (Reg) | 8,737.50 | 5.86 | 29,421.90 | 2.04 |
| Deliveries - Courier | 1,778.00 | 1.19 | 18,393.50 | 1.28 |
| Deliveries - Fed Ex | 186.00 | 0.12 | 3,764.73 | 0.26 |

For Management Purposes Only

Musifex, Inc. d/b/a MVI Post
Income Statement
For the Nine Months Ending July 31, 2009

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| Delivery - Other | 0.00 | 0.00 | 5.00 | 0.00 |
| Sales Adjustments | 0.00 | 0.00 | 8.76 | 0.00 |
| Purchases Discounts | (719.59) | (0.48) | (744.34) | (0.05) |
| Interest Income | 0.03 | 0.00 | 175.13 | 0.01 |
| Total Revenues | 149,123.96 | 100.00 | 1,442,137.04 | 100.00 |
| | | | | |
| Cost of Sales | | | | |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | 149,123.96 | 100.00 | 1,442,137.04 | 100.00 |
| Expenses | | | | |
| Music/Royalties | 315.00 | 0.21 | 8,460.00 | 0.59 |
| Labor - Freelance | 600.00 | 0.40 | 29,255.09 | 2.03 |
| DG Services | 0.00 | 0.00 | 7,340.00 | 0.51 |
| Equipment Maintenance | 0.00 | 0.00 | 1,549.75 | 0.11 |
| Talent Fees | 0.00 | 0.00 | 2,047.19 | 0.14 |
| Tape Stock | 376.29 | 0.25 | 23,066.80 | 1.60 |
| Production Expenses | 0.00 | 0.00 | 11,766.66 | 0.82 |
| Administrative Fees - 401(k) | 369.25 | 0.25 | 1,107.75 | 0.08 |
| Advertising & Sales Promotion | 0.00 | 0.00 | 624.94 | 0.04 |
| Delivery - Courier | 791.69 | 0.53 | 11,780.21 | 0.82 |
| Delivery - Fed Ex | 300.49 | 0.20 | 3,961.32 | 0.27 |
| Multimedia | 2,587.43 | 1.74 | 26,472.70 | 1.84 |
| ISDN Fees | 0.00 | 0.00 | 373.33 | 0.03 |
| Automobile Expense | 0.00 | 0.00 | 1,719.31 | 0.12 |
| Finance Charge | 889.64 | 0.60 | 8,201.03 | 0.57 |
| Bank Service Charges | 546.38 | 0.37 | 9,320.27 | 0.65 |
| Corp. Registration Fees | 0.00 | 0.00 | 100.00 | 0.01 |
| Delivery - Other | 0.00 | 0.00 | 30.81 | 0.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 127.96 | 0.01 |
| Gifts - Client | 0.00 | 0.00 | 86.88 | 0.01 |
| Insurance-General | 1,613.11 | 1.08 | 16,360.36 | 1.13 |
| Insurance-Group | 8,566.90 | 5.74 | 78,161.82 | 5.42 |
| Insurance-Officer's Life | 236.23 | 0.16 | 2,036.47 | 0.14 |
| Interest | 770.33 | 0.52 | 22,434.92 | 1.56 |
| Fees & Late Charges | 33.00 | 0.02 | 9,761.16 | 0.68 |
| Meals & Entertainment | 604.21 | 0.41 | 6,816.01 | 0.47 |
| Firm Functions | 0.00 | 0.00 | 2,301.19 | 0.16 |
| Office Cleaning Service | 379.56 | 0.25 | 9,514.96 | 0.66 |
| Parking Expenses | 0.00 | 0.00 | 144.00 | 0.01 |
| Office Supplies & Expense | 506.00 | 0.34 | 16,892.97 | 1.17 |
| Payroll Taxes | 7,907.58 | 5.30 | 77,501.52 | 5.37 |
| Penalties & Fines | 18.89 | 0.01 | 3,644.38 | 0.25 |
| Professional Fees-Accounting | 0.00 | 0.00 | (435.28) | (0.03) |
| Professional Fees-Legal | 220.00 | 0.15 | 25,385.00 | 1.76 |
| Property Taxes | 0.00 | 0.00 | 30,572.66 | 2.12 |
| Postage | 0.00 | 0.00 | 676.77 | 0.05 |
| Rent | 22,416.00 | 15.03 | 201,744.00 | 13.99 |
| Repairs & Maintenance | 1,313.35 | 0.88 | 3,141.39 | 0.22 |
| Rentals - Equipment | 0.00 | 0.00 | 2,784.25 | 0.19 |
| Taxes-General | 0.00 | 0.00 | 5,344.47 | 0.37 |
| Support/Maintenance | 0.00 | 0.00 | 3,748.75 | 0.26 |
| Real Estate Tax | 0.00 | 0.00 | 9,507.89 | 0.66 |
| Telephone | 0.00 | 0.00 | 3,571.13 | 0.25 |
| Rentals - Office Equipment | 112.28 | 0.08 | 935.70 | 0.06 |
| Telephone Maintenance | 593.58 | 0.40 | 3,113.91 | 0.22 |

Musifex, Inc. d/b/a MVI Post
Income Statement
For the Nine Months Ending July 31, 2009

|  | Current Month | | Year to Date | |
|---|---|---|---|---|
| Travel, Meals & Lodging | 2,679.99 | 1.80 | 24,834.62 | 1.72 |
| Office - Software | 125.79 | 0.08 | 1,929.40 | 0.13 |
| Utilities | 2,741.36 | 1.84 | 24,751.82 | 1.72 |
| Salaries - Office OT/Comp | 335.56 | 0.23 | 6,228.83 | 0.43 |
| Vacation/Sick Leave-Office | 5,779.71 | 3.88 | 29,800.43 | 2.07 |
| Salaries - Officers | 28,696.62 | 19.24 | 273,685.66 | 18.98 |
| Salaries - Office | 68,401.97 | 45.87 | 690,768.14 | 47.90 |
| Employee Bonus | 0.00 | 0.00 | 1,500.00 | 0.10 |
| Security | 0.00 | 0.00 | 1,588.30 | 0.11 |
| Retirement | 27,199.28 | 18.24 | 51,465.66 | 3.57 |
| Supplemental Insurance | 796.04 | 0.53 | 1,792.84 | 0.12 |
| Breakroom Supplies | 92.45 | 0.06 | 664.29 | 0.05 |
| Electronic Supplies | 0.00 | 0.00 | 1,279.42 | 0.09 |
| Waste Removal | 167.68 | 0.11 | 784.04 | 0.05 |
| Telephone - Elevator | 25.92 | 0.02 | 152.84 | 0.01 |
| Telephone - Wireless | 402.04 | 0.27 | 2,516.43 | 0.17 |
| Telephone - Office | 471.82 | 0.32 | 2,234.72 | 0.15 |
| Telephone - ISDN | 152.44 | 0.10 | 2,351.09 | 0.16 |
| Utility - Water | 0.00 | 0.00 | 274.36 | 0.02 |
| Federal Penalty | 0.00 | 0.00 | 5,744.33 | 0.40 |
| NPC - CC Processing Fees | 269.99 | 0.18 | 1,616.87 | 0.11 |
| AMEX -CC Processing Fees | 463.25 | 0.31 | 3,608.75 | 0.25 |
| Total Expenses | 190,869.10 | 127.99 | 1,812,625.24 | 125.69 |
| Net Income | $ (41,745.14) | (27.99) | $ (370,488.20) | (25.69) |

For Management Purposes Only

## ASSETS

| Current Assets | | |
|---|---:|---:|
| Operating Acct - Sun Trust | $ 5,740.00 | |
| Payroll Acct - Sun Trust | 100.00 | |
| Tax Acct - Sun Trust | 100.00 | |
| Checking/Expense Acct-Nation | 49,423.68 | |
| Checking/Tax Acct - Signet | 2,780.23 | |
| Checking/Payroll Acct - Signet | 2,866.33 | |
| Wachovia Auto Debit 3799 | 913.48 | |
| Savings/Savings 1616 | 174.80 | |
| Petty Cash | 390.00 | |
| Wachovia MM 8006 | 302.48 | |
| Accounts Receivable | 196,860.38 | |
| Due From Building LLC | 10,375.00 | |
| Temporary Distributions | (1.00) | |
| | | |
| Total Current Assets | | 270,025.38 |
| | | |
| Property and Equipment | | |
| Motor Vehicles | 53,318.46 | |
| Leased Equipment | 3,504,205.95 | |
| Accumulated Depreciation | (3,457,268.00) | |
| Sound Equipment | 59,127.66 | |
| Computer Equipment | 170,844.51 | |
| Video Equipment | 151,683.39 | |
| New Improvements | 255,061.31 | |
| Office Furniture & Fixtures | 101,969.04 | |
| Accum. Deprec. - Lease. Improv | (50,858.00) | |
| Non-Competition Agreement | 71,598.74 | |
| Accum. Amortization - Non-Comp | (71,598.74) | |
| | | |
| Total Property and Equipment | | 788,084.32 |
| | | |
| Other Assets | | |
| Other Assets | 6,421.56 | |
| Security Deposit - GE 1 | 24,778.85 | |
| Security Deposit - GE 2 | (5,560.75) | |
| Security Deposit - GE 3 | (3,780.00) | |
| Security Deposit - N.A. Fundin | 23,094.00 | |
| Security Deposit - Plains Cap | 3,403.00 | |
| Global Vantage I | 1,068.47 | |
| Global Vantage II | 921.48 | |
| Global Vantage III | 1,955.56 | |
| Security Deposit DeLage Landen | 2,622.50 | |
| Global Vantage IV | 1,331.85 | |
| Security Deposit - Leaf | 1,551.90 | |
| Utility Deposits | 1,525.00 | |
| | | |
| Total Other Assets | | 59,333.42 |
| | | |
| Total Assets | $ | 1,117,443.12 |

## LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---:|---:|
| Accounts Payable | $ 400,023.70 | |
| Wells Fargo Credit Line | (1,759.56) | |
| Notes Payable - Short Term | 50,500.00 | |
| Employee 401k Loan | (578.00) | |

| | | |
|---|---:|---:|
| Pension Plan - 401(k) | 29,986.17 | |
| Accrued Bonuses | 14,950.00 | |
| Sales Taxes Payable | 136.79 | |
| Federal Withholding Tax Pay | (782,083.03) | |
| FICA Withholding Tax Payable | 743,226.85 | |
| Medicare Tax Payable | 186,886.48 | |
| State Tax - MD | 1,764.58 | |
| State Tax - VA | 16,209.31 | |
| Accrued FUTA | 37.00 | |
| Accrued SUTA | 2,633.21 | |
| Less Long Term Liability | (271,285.74) | |
| Wachovia SBA Credit Line | 242,000.00 | |
| Bank of America Credit Line | 95,000.00 | |
| Wachovia Credit Line | 73,429.22 | |
| Note Payable - Maniglia Sr. | 18,522.71 | |
| Note Payable - C. Maniglia | 888.59 | |
| Note Payable - De Lage Landen | 17,186.85 | |
| Maniglia Properties | 2,663.82 | |
| Note Payable - GE 2 | (22,563.90) | |
| Note Payable - GE 1 | (119,492.81) | |
| Note Payable - Plains Capital | 68,738.10 | |
| Note Payable - N.A. Funding | 8,970.04 | |
| Note Payable - Leasing Inn. | 2,588.69 | |
| Note Payable - Nationwide | 8,919.85 | |
| Note Payable - Plains Cap 2 | 58,617.16 | |
| Global Vantage 1 | 5,979.43 | |
| Global Vantage 2 | 6,699.10 | |
| Global Vantage 3 | 17,770.26 | |
| Global Vantage 4 | 15,938.02 | |
| Leaf Funding | 60,217.89 | |
| Global Vantage V | (21,346.03) | |
| SunTrust Bank | 3,294.25 | |
| Due to Maniglia Properties | (2,663.82) | |
| | | |
| Total Current Liabilities | | 932,005.18 |
| | | |
| Long-Term Liabilities | | |
| Long Term Liability | 271,285.74 | |
| | | |
| Total Long-Term Liabilities | | 271,285.74 |
| | | |
| Total Liabilities | | 1,203,290.92 |
| | | |
| Capital | | |
| Capital Stock | 4,000.00 | |
| Retained Earnings | 280,640.40 | |
| Net Income | (370,488.20) | |
| | | |
| Total Capital | | (85,847.80) |
| | | |
| Total Liabilities & Capital | $ | 1,117,443.12 |

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Musifex Inc. d/b/a MVI Post**

Debtor(s)

Case No. _____

Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 536214<br>Atlanta, GA 30353-6214 | Bank of America<br>P.O. Box 536214<br>Atlanta, GA 30353-6214 | Line of credit. | | 95,312.00 |
| Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Credit card purchases. | | 23,219.30 |
| Craig Maniglia<br>6320 Castle Place<br>Falls Church, VA 22044 | Craig Maniglia<br>6320 Castle Place<br>Falls Church, VA 22044 | Loan to company. | | 18,495.00 |
| DeLage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | DeLage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Equipment | | 22,717.42<br><br>(0.00 secured) |
| DGFAST Channel<br>P.O. Box 951392<br>Dallas, TX 75395 | DGFAST Channel<br>P.O. Box 951392<br>Dallas, TX 75395 | Trade account. | | 57,674.00 |
| Frank Maniglia, Jr.<br>8267 The Midway<br>Annandale, VA 22003 | Frank Maniglia, Jr.<br>8267 The Midway<br>Annandale, VA 22003 | Loan to company. | | 18,495.00 |
| Frank Maniglia, Sr.<br>407 Park Avenue<br>Falls Church, VA 22046 | Frank Maniglia, Sr.<br>407 Park Avenue<br>Falls Church, VA 22046 | Loan to company. | | 28,088.00 |
| Frank Maniglia, Sr.<br>407 Park Avenue<br>Falls Church, VA 22046 | Frank Maniglia, Sr.<br>407 Park Avenue<br>Falls Church, VA 22046 | Expenses paid. | | 24,610.00 |
| GE Capital Corp.<br>44-2 Old Ridgeway Road<br>Danbury, CT 06810 | GE Capital Corp.<br>44-2 Old Ridgeway Road<br>Danbury, CT 06810 | Equipment | | 27,247.87<br><br>(0.00 secured) |
| GE Capital Corp.<br>44-2 Old Ridgeway Road<br>Danbury, CT 06810 | GE Capital Corp.<br>44-2 Old Ridgeway Road<br>Danbury, CT 06810 | Equipment | | 136,977.78<br><br>(0.00 secured) |
| Global Vantage LTD<br>2424 SE Bristol Street<br>Suite 280<br>Newport Beach, CA 92660 | Global Vantage LTD<br>2424 SE Bristol Street<br>Suite 280<br>Newport Beach, CA 92660 | Equipment | | 57,670.07<br><br>(0.00 secured) |

In re   **Musifex Inc. d/b/a MVI Post**                                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Global Vantage LTD**<br>**2424 SE Bristol Street**<br>**Suite 280**<br>**Newport Beach, CA 92660** | **Global Vantage LTD**<br>**2424 SE Bristol Street**<br>**Suite 280**<br>**Newport Beach, CA 92660** | **Equipment** | | **19,735.89**<br><br>**(0.00 secured)** |
| **Global Vantage LTD**<br>**2424 SE Bristol Street**<br>**Suite 280**<br>**Newport Beach, CA 92660** | **Global Vantage LTD**<br>**2424 SE Bristol Street**<br>**Suite 280**<br>**Newport Beach, CA 92660** | **Equipment** | | **18,569.10**<br><br>**(0.00 secured)** |
| **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **1st Quarter 2009 941** | | **26,709.66** |
| **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **Federal 941** | | **78,188.73** |
| **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **IRS**<br>**Dept. of Treasury**<br>**Cincinnati, OH 45999** | **3rd Quarter 2009 941** | | **39,181.58** |
| **Plains Capital**<br>**17304 Preston Road**<br>**Dallas, TX 75252** | **Plains Capital**<br>**17304 Preston Road**<br>**Dallas, TX 75252** | **Equipment** | | **82,616.87**<br><br>**(0.00 secured)** |
| **Plains Capital**<br>**17304 Preston Road**<br>**Dallas, TX 75252** | **Plains Capital**<br>**17304 Preston Road**<br>**Dallas, TX 75252** | **Equipment** | | **79,468.16**<br><br>**(0.00 secured)** |
| **Wachovia Bank**<br>**P.O. Box 740502**<br>**Atlanta, GA 30374-0502** | **Wachovia Bank**<br>**P.O. Box 740502**<br>**Atlanta, GA 30374-0502** | **Commercial business loan.** | | **246,438.00** |
| **Wachovia Bank**<br>**P.O. Box 96074**<br>**Charlotte, NC 28296-0074** | **Wachovia Bank**<br>**P.O. Box 96074**<br>**Charlotte, NC 28296-0074** | **Line of credit.** | | **73,685.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 27, 2009**                          Signature   **/s/ Craig Maniglia**
                                                                  **Craig Maniglia**
                                                                  **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Musifex Inc. d/b/a MVI Post** _____,
Debtor

Case No. _____

Chapter _____ **11** _____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ■ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: **August 27, 2009** _____

**/s/ Kevin M. O'Donnell VSB** _____
**Signature of Attorney**
**Kevin M. O'Donnell VSB #30086**

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

```
ACME Scenery Company
100 Industrial Way
Brisbane, CA 94005


Aheadtek
6410 Via Del Oro
San Jose, CA 95119


Autodesk
P.O. Box 2188
Carol Stream, IL 60132


Avaya, Inc.
P.O. Box 5332
New York, NY 10087


Avid Technology
P.O. Box 3197
Boston, MA 02241


Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of America
P.O. Box 536214
Atlanta, GA 30353-6214


Blankingship & Keith
4020 University Drive
Suite 312
Fairfax, VA 22030


Bridget Kane
605 Scott Street, Apt. 7
San Francisco, CA 94117


Capital One
P.O. Box 70884
Charlotte, NC 28272


Century Magnetics
2158 Renard Court
Annapolis, MD 21401
```

Charles Griswold
184 Prentiss Street
San Francisco, CA 94110


Chater Camera
1336 Ninth Street
Berkeley, CA 94710


Craig Maniglia
6320 Castle Place
Falls Church, VA 22044


Davinci Systems
430 N. McCarthy Boulevard
Milpitas, CA 95035


DeLage Landen
1111 Old Eagle School Road
Wayne, PA 19087


Dem Enterprises
d/b/a ABC Chauffeured Limos
15 S. Bayshore Boulevard
San Mateo, CA 94401


DGFAST Channel
P.O. Box 951392
Dallas, TX 75395


DTC Grip & Electronic
1280 65th Street
Emeryville, CA 94608


Eyeline Teleprompting
1313 Mound Street
Alameda, CA 94501


Financial Pacific Leasing
3455 S. 344th Way
Federal Way, WA 98001


Frank Maniglia, Jr.
8267 The Midway
Annandale, VA 22003

Frank Maniglia, Sr.
407 Park Avenue
Falls Church, VA 22046


GE Capital Corp.
44-2 Old Ridgeway Road
Danbury, CT 06810


Global Vantage LTD
2424 SE Bristol Street
Suite 280
Newport Beach, CA 92660


IRS
Dept. of Treasury
Cincinnati, OH 45999


Jani-King
6564 Loisdale Court
Suite 600
Springfield, VA 22150


Jean-Baptiste Lucas
682 S. Van Ness Avenue
San Francisco, CA 94110


Jonathan Neil & Associates
71 West Main Street
Suite 304
Freehold, NJ 07728


Judy Sullivan
203 E. Bellevue
San Mateo, CA 94401


Leasing Innovations
437 S. Highway 101
Solana Beach, CA 92075


Little Giant Lighting
682 S. Van Ness Avenue
San Francisco, CA 94110

Louis Block
2515 Center Road
Novato, CA 94947


OZ Delivery Service
5601 Seminary Road
Unit 2602N
Falls Church, VA 22041


Penelope Martin
3111 W. MLK Blvd.
Suite 200
Tampa, FL 33607


Plains Capital
17304 Preston Road
Dallas, TX 75252


Richard Sutherland
5521 SE 41st Avenue
Portland, OR 97202


SIMPLEXGRINNELL
50 Technology Drive
Westminster, MA 01441


SONY Electronics
22470 Network Place
Chicago, IL 60673


Sullivan Productions
5953 Indian Avenue
San Jose, CA 95123


Suzette Manel
P.O. Box 2698
Danville, CA 94526


Todd Stoneman
229 17th Avenue
San Francisco, CA 94121


VA Dept. of Taxation
P.O. Box 27264
Richmond, VA 23218

Wachovia Bank
P.O. Box 740502
Atlanta, GA 30374-0502


Wachovia Bank
P.O. Box 96074
Charlotte, NC 28296-0074


Wells Fargo
Business Direct Division
P.O. Box 7666
Boise, ID 83707-7666


XYTECH Systems
2835 Naomi Street
Suite 300
Burbank, CA 91504

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __Musifex Inc. d/b/a MVI Post__      Case No. _____

                   Debtor(s)      Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Musifex Inc. d/b/a MVI Post__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 27, 2009__
Date

__/s/ Kevin M. O'Donnell VSB__
__Kevin M. O'Donnell VSB #30086__
Signature of Attorney or Litigant
Counsel for __Musifex Inc. d/b/a MVI Post__
__Henry & O'Donnell, PC__
__300 N. Washington Street__
__Suite 204__
__Alexandria, VA 22314__
__(703)548-2100 Fax:(703)548-2105__
__kmo@henrylaw.com__

| In re | **Musifex Inc. d/b/a MVI Post** | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Craig Maniglia**, declare under penalty of perjury that I am the **Vice President** of **Musifex Inc. d/b/a MVI Post**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Craig Maniglia**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Craig Maniglia**, **Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Craig Maniglia**, **Vice President** of this Corporation is authorized and directed to employ **Kevin M. O'Donnell VSB #30086**, attorney and the law firm of **Henry & O'Donnell, PC** to represent the corporation in such bankruptcy case."

| Date | **August 27, 2009** | Signed | **/s/ Craig Maniglia** |
|---|---|---|---|
| | | | **Craig Maniglia** |

Resolution of Board of Directors

of

**Musifex Inc. d/b/a MVI Post**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Craig Maniglia**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Craig Maniglia, Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Craig Maniglia, Vice President** of this Corporation is authorized and directed to employ **Kevin M. O'Donnell VSB #30086**, attorney and the law firm of **Henry & O'Donnell, PC** to represent the corporation in such bankruptcy case.

Date   **August 27, 2009** _____    Signed   **/s/ Craig Maniglia** _____

Date _____    Signed _____